UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| AARON T. OWENS, | ) | CASE NO. 4:07 CV 1472 |
| Plaintiff, | ) | JUDGE PETER C. ECONOMUS |
| v. | ) | |
| | ) | MEMORANDUM OF OPINION |
| CORRECTIONS CORPORATION OF AMERICA, | ) | AND ORDER |
| Defendant. | ) | |

On May 21, 2007, plaintiff pro se Aaron T. Owens filed this mandamus action against Corrections Corporation of America. The complaint alleges plaintiff is incarcerated at the Northeast Ohio Correctional Center (NOCC), an institution operated by defendant, and that he was assaulted and injured by an NOCC correctional officer.  He seeks an order requiring defendant to protect him from the correctional officer and to provide appropriate medical treatment for the injuries he suffered.

Mr. Owens is no longer incarcerated at NOCC, as reflected in the Notice of Change of Address he filed on June 19, 2007. Accordingly, this action is hereby dismissed as moot.  The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

S/Peter C. Economus - 7/31/07
PETER C. ECONOMUS
UNITED STATES DISTRICT JUDGE